UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BIOTECHNOLOGY INDUSTRY ORGANIZATION,<br><br>Plaintiff<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.<br><br>Defendants. | Civil Action No. _____ |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA:

I, the undersigned, counsel of record for the Biotechnology Industry Organization ("BIO"), certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of BIO which have outstanding securities in the hands of the public.

However, BIO is a membership organization. Certain BIO members, and their parent companies, subsidiaries, and/or affiliates, have outstanding securities in the hands of the public. There follows a complete list of BIO's member organizations:

A/F Protein, Inc
Abbott Bioresearch Center
Abbott Laboratories, Inc
ABD Insurance & Financial Services
Abengoa Bioenergy Corporation
Abgenix, Inc
Abmaxis, Inc
ABRABI - Associacao Brasileira de Empresas de Biotechnologia
ACADIA Pharmaceuticals, Inc
Acambis, Inc
Acceleron Pharma, Inc
Access BIO, LC
Achillion Pharmaceuticals, Inc
Acologix, Inc
Acorda Therapeutics, Inc
Actinium Pharmaceuticals, Inc
ActivBiotics, Inc
Acuity Pharmaceuticals, Inc
Acumen Pharmaceuticals, Inc
Acusphere, Inc
Adenosine Therapeutics, LLC
Aderis Pharmaceuticals, Inc
Adherex Technologies, Inc
Adolor Corporation
Advanced Life Sciences, Inc
Advancis Pharmaceutical Corporation
ADVENTRX Pharmaceuticals, Inc

Aegera Therapeutics, Inc
Aeirtec, Ltd
Aerovance, Inc
AerovectRx Corporation
AEterna Zentaris, Inc
Affinium Pharmaceuticals, Inc
Affitech AS
Affymax, Inc
AfricaBio Biotechnology Stakeholders Association
Agensys, Inc
Agracetus, Inc
Ag-West Bio, Inc
AGY Therapeutics, Inc
Alan E. Beer, MD, Laboratory for Reproductive Medicine
Alba Therapeutics Corporation
Alberta Research Council
Alexandria Real Estate Equities, Inc
Alexza Pharmaceuticals, Inc
AlgoRx Pharmaceuticals, Inc
Alizyme, plc
Alken-Murray Corporation
Alkermes, Inc
All India Biotech Association
Allergan, Inc
Alliance Pharmaceutical Corporation
Allon Therapeutics, Inc
Allos Therapeutics, Inc
Alnylam Pharmaceuticals, Inc
AlphaVax, Inc
Alston & Bird, LLP
Alta Partners
Altea Therapeutics, Inc
Altus Pharmaceuticals, Inc
ALZA Corporation
AM Pappas & Associates, LLC
Ambit Biosciences Corporation
American Type Culture Collection (ATCC)
Amgen, Inc
Amicus Therapeutics, Inc.
AmpliMed Corporation
Amylin Pharmaceuticals, Inc
Anacor Pharmaceuticals, Inc
Anadys Pharmaceuticals, Inc
Androclus Therapeutics, Inc
Anexus Pharmaceuticals, Inc
AnGes MG, Inc
AnGes, Inc
Angiogenix, Inc
AnorMED Inc.
Antibody Solutions, Inc
Antigenics, Inc
Aphton Corporation
ApoCell, Inc
ApoConsult, LLC
Applera Corporation
Applied Biosystems Group
Applied Molecular Evolution, Inc c/o Eli Lilly & Company
Aproviso
APT Therapeutics, Inc
AQUA Bounty Canada, Inc
Aradigm Corporation
Arbor Vita Corporation
ArborGen, LLC
Arcadia Biosciences, Inc
Archemix Corporation
Arcturus Bioscience, Inc
Ardana Bioscience, Ltd
Arena Pharmaceuticals, Inc
Arent Fox, PLLC
Arginox Pharmaceuticals, Inc
Argolyn Bioscience, Inc
Argonne National Laboratory
Argos Therapeutics, Inc
ARIUS Research, Inc
Arizona BioIndustry Association
Arizona Department of Commerce
Arizona State University Research Park
Arkansas Biotechnology Association
ArQule, Inc
Array BioPharma, Inc
Arriva Pharmaceuticals, Inc
Arryx, Inc
Artemis Pharmaceuticals, GmbH
Artesian Therapeutics, Inc
Artificial Cell Technologies, Inc
ARVYS Proteins, Inc
ARYx Therapeutics, Inc
Ascenta Therapeutics, Inc
AsiaGen Corporation

Asklepios BioPharmaceutical, Inc
ASM Resources, Inc
AstraZeneca, Inc
AstraZeneca, Research & Development, Inc
Athenix Corporation
AtheroGenics, Inc
Athersys, Inc
Atlantic Health System
Atlas Venture, Inc
Atrium Biotechnologies, Inc
Auckland Uniservices, Ltd
Aureon Biosciences Corporation
AusBiotech, Ltd
Australian National Stem Cell Centre
Australian Trade Commission
Austrian Business Agency
AutoImmune, Inc
Automated Cell, Inc.
Auxeris Therapeutics, Inc
Auxilium Pharmaceuticals, Inc
Avalon Pharmaceuticals, Inc
AVANT Immunotherapeutics, Inc
Avera Pharmaceuticals, Inc
Avid Radiopharmaceuticals, Inc
Avidex, Ltd
Avidia, Inc
Avigen, Inc
AviGenics, Inc
Axaron Bioscience, AG
AxCell Biosciences Corporation
Axela Biosensors, Inc
Axonyx, Inc
Babson College School of Executive Education
Barnes & Thornburg, LLP
Barrier Therapeutics, Inc
BASF Corporation
BASF Plant Sciences, LLC
BASF, AG
Battelle Health & Life Sciences
Battelle Pacific Northwest National Laboratory
Bavarian Nordic, A/S
Baxter BioScience-California, Inc
Baxter Healthcare Corporation
Baxter Hemoglobin Therapeutics, Inc
Baxter International, Inc
Bay City Capital, LLC
BayBio
Bayer Corporation
Bayer CropScience, Inc
Bayer HealthCare Corporation
Bayhill Therapeutics, Inc
Baylor Research Institute
BBB Management, GmbH
BC Biotech
BC International Corporation
BCM Technologies, Inc
Bench International Search, Inc
Benitec, Inc
Berlex, Inc
Bexel Pharmaceuticals Inc.
BG Medicine, Inc
Bio Innovation, SA
BIO Investment Banking
Bio Logic Group
Bio Nebraska
Bio Rosettex Corporation
Bioabsorbable Therapeutics, Inc
BioAdvance-The Biotechnology Greenhouse Corporation of South
BioAlberta
BioCatalytics, Inc
Biocept, Inc
BioChain Institute Inc.
BIOCOM
Biocon, Inc
BioContact Quebec
BioCryst Pharmaceuticals, Inc
BioFlorida
BioForce Nanosciences, Inc
Biogen Idec, Inc
BioGroup of Tech Collective
BioHouston, Inc
BioIndustry Association
Bioindustry Association of Korea
Biolex, Inc
BioLine Rx Ltd
Bio-Link National Center
Biolog, Inc
BioMarin Pharmaceutical, Inc

Biomedical Research Foundation of Northwest Louisiana
BioMimetic Pharmaceuticals, Inc
Biomira, Inc
BioMS Medical Corporation
Bionaut Pharmaceuticals, Inc
Bionest Partners
Bionovo, Inc
BioPoint Consulting Group
Biopolo SCRL
BIOPRACT, GmbH
BIOPRO Baden-Wuerttemberg, GmbH
BIOQuebec
Bioren, Inc
BioResearch Ireland
BioRexis Pharmaceutical Corporation
BioSante Pharmaceuticals, Inc
Bioscience Valuation, GmbH
BioSpace, Inc
BioSquare at Boston University Medical Center
BioStratum, Inc
Biota, Inc
bioTEAMsouth
BIOTECanada
Biotech Law Associates, PC
BioTech Primer, Inc
Biotechnology Association of Alabama
Biotechnology Association of Maine
Biotechnology Center of Maine
Biotechnology Council of New Jersey
Bio-Technology General, Ltd
Biotechnology Human Resource Council
Biotium, Inc
Bioventia Holding, AB
BioVeris Corporation
BioVex, Ltd
BioWa, Inc
Bone Medical Limited
Boston Life Sciences, Inc
Box Hill Institute
BP Proteomics, Inc
Bridge Pharmaceuticals, Inc
Bristol-Myers Squibb Company
Bristows
Burns, Doane, Swecker & Mathis LLP

Burrill & Company
Cal State U. Program for Education & Research in Biotechnology
Calgene, Inc
California Community Colleges Biotechnology Initiative
California Healthcare Institute
Callida Genomics, Inc
Cambrex Bio Science, Inc
Cambria Biosciences LLC
Canadian Arthritis Network
Canadian Consulate General-Chicago
Cancer Research Technology, Ltd
CancerVax Corporation
Canon US Life Sciences, Inc
Capital Royalty, LLC
Caprion Pharmaceuticals, Inc
Cardio Dx
Cargill, Inc
Case Western Reserve University
CEINGE Biotecnologie Avanzate Universita de Napoli, Fredrico II
Celera Diagnostics, Inc
Celera Genomics Corporation
Celgene Corporation
Cell Biosciences, Inc
Cell Genesys, Inc
Cell Therapeutics, Inc
Cellectis, SA
CellGate, Inc
Celliance Corporation
Celltrion, Inc
CEL-SCI Corporation
Celsis, Inc
Center for Biophysical Sciences & Engineering
Center for Emerging Technologies
Center for Marine Microbial Ecology & Diversity (CMMED)
Centocor, Inc
Cephalon, Inc
CepTor Corporation
Ceregene, Inc
CereMedix, Inc
Ceres, Inc
CerionX, Inc
Cetek Corporation

Charles River Laboratories, Inc
Chelsea Therapeutics, Inc
ChemDiv, Inc
Chemgenex Pharmaceuticals, Ltd
ChemoCentryx, Inc
ChemSource & Services
Chicago Technology Park
Chief Executive Assistance, Inc
Chiron Corporation
Chlorogen, Inc
Chromatin, Inc
Chromos Molecular Systems, Inc
Chubb Group of Insurance Companies
Cirrus Pharmaceuticals, Inc
City Of Phoenix
City of Toronto, Economic Development Division
Clearview Projects, Inc
Clementi-King, Ltd
CMC Biopharmaceuticals, A/S
CMS Chemicals, Ltd
Coalesix, Inc
Codexis, Inc
Colorado BioScience Association (CBSA)
Colorado Office of Economic Development & International Trade
Colorado State University Research
CombinatoRx, Inc
Commonwealth Scientific & Industrial Research Organization (CSIRO)
Compugen, Inc
Conatus Pharmaceuticals, Inc
ConfometRx, Inc
Conforma Therapeutics Corporation
ConjuChem, Inc
ConjuGon, Inc
Connecticut United for Research Excellence, Inc (CURE)
Connetics Corporation
Contract Fermentation Express, Inc
Cook Pharmica, LLC
Cooley Godward, LLP
Copenhagen Capacity
Copernicus Therapeutics, Inc
Corautus Genetics, Inc
Core Dynamics, Inc

Corgentech, Inc
Corixa Corporation
Cornerstone BioPharma, Inc
CoTherix, Inc
Covance Central Laboratories, Inc
Covance Clinical & Periapproval Services, Inc
Covance Clinical Research Unit, Inc
Covance Laboratories, Inc
Covance Market Access Services, Inc
Covance, Inc
Covington & Burling, LLP
CovX Research
Critical Therapeutics, Inc
CS Bio, Inc
Cubist Pharmaceuticals, Inc
CuraGen Corporation
Curax, BV
Curis, Inc
CV Therapeutics, Inc
Cydex, Inc
Cygnus Technologies, Inc
Cypress Bioscience, Inc
CytImmune Sciences, Inc
Cyto Biologic Technologies, Inc
Cytogen Corporation
Cytokinetics, Inc
Cytori Therapeutics, Inc
Cytoskeleton, Inc
CytRx Corporation
DarPharma, Inc
Davies Consulting Inc.
Defense Life Sciences, LLC
Delaware BioScience Association
Delaware Economic Development Office
Delaware Valley College
Deloitte & Touche, LLP
DelSite Biotechnologies, Inc
Dendreon Corporation
Dentigenix, Inc
DepoMed, Inc
Development Center for Biotechnology
DeVry University
diaDexus, Inc
Diamics, Inc
Diatos, SA

Diffusion Pharmaceuticals, LLC
DiObex, Inc
Diosynth Biotechnology, Inc
Discovery Laboratories, Inc
Discovery Ventures BioMed Group, Inc
Diversa Corporation
DLA Piper Rudnick Gray Cary LLP
DNA 2.0, Inc
DNAVEC Corporation
Do-Coop Technologies, Ltd
DOR BioPharma Inc
Dorsey & Whitney LLP
Dow AgroSciences, LLC
Dow Chemical Company
Dow Pharmaceutical Sciences
Drinker Biddle & Reath LLP
DSM Biologics, Inc
DSM, NV
Dubai Biotechnology & Research Park
Dupont Corporation
Dyadic International, Inc
Dyax Corporation
Dynogen Pharmaceuticals, Inc
Eastern Virginia Medical School, Office of Technology Transfer
Eastman Chemical Company
Easton Associates, LLC
EBD Group
Economic Development Partnership of Alabama
Edwards & Angell, LLP
Egea Biosciences, Inc
eGoli BIO
Elan Corporation, Plc
Elfamed, Inc
Eli Lilly & Company
Elixir Pharmaceuticals, Inc
EluSys Therapeutics, Inc
EMD Pharmaceuticals, Inc
Emergent Technologies, Inc
Emerging Biopharmaceutical Enterprises
Emisphere Technologies, Inc
Emory University School of Medicine
Encysive Pharmaceuticals, Inc
Endocyte, Inc
enGene, Inc
Enlow & Associates, Inc
Entegrion
Entelos, Inc
Enterprise Ireland
EntreMed, Inc
Environmental Biotechnology CRC Pty Limited
EnVivo Pharmaceuticals, Inc
Enzon Pharmaceuticals, Inc
EpiCept Corporation
Epimmune, Inc
Epitomics, Inc
EPIX Pharmaceuticals, Inc
EraGen Biosciences, Inc
ERBI, Ltd
Erimos Pharmaceuticals, Inc
Ernst & Young, LLP
Euro RSCG Life, NRP
EuroBioBiz
EuropaBio (The European Association for Bioindustries)
European Federation of Biotechnology (EFB)
Euroscreen, SA
Evotope Biosciences, Inc
EXACT Sciences Corporation
Exelixis, Inc
Exeter Life Sciences, Inc
EXIMIAS Pharmaceutical Corporation
ExonHit Therapeutics, Inc
Expression Analysis, Inc
F. Hoffmann-La Roche, Inc
FASgen, Inc
Fast Balance, Inc
Faustus Forschung Compagnie Translational Cancer Research, GmbH
Feinstein Kean Healthcare, Inc
Finistere Partners LLC
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Finnish Bioindustries
First Analysis Corporation
Fish & Neave IP Group at Ropes & Gray
Fish & Richardson P.C.
Fitzpatrick, Cella, Harper & Scinto
Fitzsimons Redevelopment Authority
Five Prime Therapeutics, Inc

Flanders Interuniversity Institute for Biotechnology
Fluidigm Corporation
FOB Synthesis, Inc
Foley & Lardner, LLP
Foley Hoag
Foragen Technologies Management, Inc
Forest City Enterprises, Inc
Forward Wisconsin, Inc
Fox Chase Cancer Center
Fred Hutchinson Cancer Research Center
Frederick County Office of Economic Development
Frimorfo, Ltd
Fulcrum Pharma Developments, Inc
Fundamental Applied Biology, Inc
Gala Biotech, Inc
Galleon Pharmaceuticals, Inc
Gamida Cell, Ltd
Gemin X Biotechnologies, Inc
Genaera Corporation
Genaissance Pharmaceuticals, Inc
GeneEx, Inc
Genelabs Technologies, Inc
Genencor International, Inc
Genentech, Inc
GenePharm, Inc
General Biologic
GeneStream Pty Ltd
Genetics Squared, Inc
GeneWorks, Inc
Genix Therapeutics, Inc
Genmab, A/S
Genome Canada
Genpathway, Inc
GenSpera, Inc
Genta, Inc
Gentara Corporation
Genteric, Inc
Gentiae Clinical Research, Inc
Gentris Corporation
GenVault Corporation
GenVec, Inc
Genzyme Corporation
Genzyme Corporation, Drug Discovery & Development
Georgia BioBusiness Center
Georgia Biomedical Partnership, Inc
Georgia Department of Economic Development
Georgia Research Alliance
Geron Bio-Med, Ltd
Geron Corporation
Gilead Sciences, Inc
Glasgow Caledonian University
GlaxoSmithKline Biopharmaceuticals, Inc
GlaxoSmithKline, Inc
GliaMed, Inc
Global Alliance for Tuberculosis Drug Development
Global Search Associates LLC
Gloucester Pharmaceuticals, Inc
GlycoFi, Inc
GlycoGenesys, Inc
GlycoMimetics, Inc
Glykoz Pty, Ltd
GlyTag
GNI Ltd
Goodwin Procter, LLP
Government of Ontario, Ministry of Economic Development and Trade
Government of Victoria-Melbourne, Australia
GPC Biotech, Inc
GPC Biotech, Inc
Grant Thornton, LLP
Greater Oklahoma City Chamber of Commerce
greenovation Biotech, GmbH
Griffith Hack
Ground Zero Pharmaceuticals, Inc.
GTC Biotherapeutics, Inc
Guilford Pharmaceuticals, Inc
Hadasit, Ltd
Halozyme Therapeutics, Inc
Hana Biosciences, Inc
Hawaii Biotech, Inc
Hawaii Life Science Council
Healthcare Distribution Management Association (HDMA)
HealthCare Ventures, LLC
Helix BioMedix, Inc
Heller, Ehrman, White & McAuliffe, LLP
Hematech, LLC

HemoBioTech, Inc
HemoGenix, Inc
Hermes Biosciences, Inc
HistoRx, Inc
Hogan & Hartson, LLP
Hollis-Eden Pharmaceuticals, Inc
Homulus Foundation
Hong Kong Institute of Biotechnology
Howrey, Simon, Arnold & White, LLP
HTD BioSystems, Inc
Human Genome Sciences, Inc
Hungarian Biotechnology Association
Hunton & Williams, LLP
Hydra Biosciences, Inc
Icagen, Inc
iCell Therapeutics, Inc
iCo Therapeutics, Inc
Icoria, Inc
ICOS Corporation
IDA Ireland
Idaho Bioscience Association
IDEAlliance
Idenix Pharmaceuticals, Inc
Idera Pharmaceuticals, Inc
Illinois Biotechnology Industry Organization
Illinois Soybean Program Operating Board
Ilypsa, Inc
ImaRx Therapeutics, Inc
IMBcom Pty, Ltd
ImClone Systems, Inc
iMEDD, Inc
Immune Control, Inc
ImmunoGen, Inc
Implicit Bioscience Pty Ltd
Incyte Corporation
Indevus Pharmaceuticals, Inc
Indiana Health Industry Forum
INDUNIV
Industrial Investment Council
Industrial Technology Research Institute of Taiwan
Infinity Pharmaceuticals, Inc
Inflazyme Pharmaceuticals Ltd
Ingenium Pharmaceuticals, AG
Inhibitex, Inc
Inimex Pharmaceuticals, Inc
InNexus Biotechnology, Inc
Innovative NeuroTechnologies, Inc
Innovive Pharmaceuticals, Inc
Inovio Biomedical Corporation
Insmed, Inc
Inspire Pharmaceuticals, Inc
Institute for OneWorld Health
Institute for the Study of Aging
Institute of Biotechnology
Institute of Health and Biomedical Innovation
Intarcia Therapeutics, Inc
Intercept Pharmaceuticals, Inc
Interleukin Genetics, Inc
InterMune, Inc
International Antiviral Therapy Evaluation Center
International Business Forum
InterPharm Industries, Ltd
Intranasal Therapeutics, Inc
Introgen Therapeutics, Inc
Intronn, Inc
Inverseon, Inc
Invest in Denmark
Invest In Sweden Agency
Invest Quebec
Investigen, Inc
Invitrogen Corporation
Iogen Corporation
Iomai Corporation
Iowa Biotechnology Association
Iowa Corn Promotion Board
Iowa Department of Economic Development
Iowa State University, Office of Biotechnology
Ipsat Therapies Ltd
Irish Bioindustry Association
Isis Pharmaceuticals, Inc
Italian Trade Commission
ITI Life Sciences
J. Craig Venter Institute
J. Craig Venter Science Foundation
Janney, Montgomery Scott, LLC
Janssen Pharmaceutica Products, LP
Janus Pharmaceuticals, Inc
Japan Bioindustry Association
Japan External Trade Organization (JETRO)
Jefferson Pharmaceuticals, LLC

- Johnson & Johnson
- Jones Day
- Jupiter Bioscience, Ltd
- Juvaris BioTherapeutics, Inc
- Kadmus Pharmaceuticals, Inc
- Kagan Binder PLLC
- KAI Pharmaceuticals, Inc
- Kansas Bioscience Organization
- Kansas City Area Life Sciences Institute
- KASPAR Associates, Ltd
- Kaye, Scholer, Fierman, Hays & Handler, LLP
- Keck Graduate Institute of Applied Life Sciences
- Keel Pharmaceuticals, Inc
- Kemia, Inc
- Kentucky Cabinet for Economic Development
- Kentucky Life Sciences Organization
- Kenyon & Kenyon
- Kereos, Inc
- Keystone Nano, Inc
- Kincannon & Reed
- KineMed, Inc
- King & Spalding, LLP
- Kirkpatrick & Lockhart Nicholson Graham LLP
- Koronis Pharmaceuticals, Inc
- Kosan Biosciences, Inc
- Kowa Research Institute, Inc
- La Jolla Pharmaceutical Company
- Labcyte, Inc
- Lahive & Cockfield, LLP
- Lark Technologies, Inc
- Latham & Watkins, LLP
- Laureate Pharma, Inc
- Lawson Health Research Institute
- LEK Consulting, LLC
- Lentigen Corporation
- Lev Pharmaceuticals, Inc
- Levin & Company
- Lexicon Genetics, Inc
- Licata & Tyrrell, PC
- Life Science Analytics, Inc
- Lifeblood Medical, Inc
- LIFElab
- LifeSensors, Inc
- Ligand Pharmaceuticals, Inc
- LigoCyte Pharmaceuticals, Inc
- Linguagen Corporation
- Lipomics Technologies, Inc
- Locus Pharmaceuticals, Inc
- Lorus Therapeutics, Inc
- Louisiana Emerging Technologies Center
- Louisiana Gene Therapy Research Consortium
- Luca Technologies, LLC
- MacDougall Biomedical Communications
- Mack Center for Technological Innovation
- MacroGenics, Inc
- Madison Area Technical College
- Mandalmed, Inc
- Manitoba Energy, Science & Technology
- Marmotech, Inc
- Marshall University
- Maryland Department of Business & Economic Development
- Maryland Technology Development Center
- Massachusetts Biomedical Initiatives
- Massachusetts Biotechnology Council
- MaxCyte, Inc
- Maxim Pharmaceuticals, Inc
- MaxoCore Pharmaceuticals, Inc
- Maxygen, Inc
- Mayo Clinic
- MBEC BioProducts Inc
- McDermott, Will & Emery, LLP
- MdBio, Inc
- Medarex, Inc
- Medicago, Inc
- Medical Alley/MNBIO
- MediciNova, Inc
- Medicure, Inc
- MedImmune, Inc
- MediQuest Therapeutics, Inc
- Meditech Research, Ltd
- MediVas, LLC
- Melior Discovery
- Memory Pharmaceuticals Corporation
- Mendel Biotechnology, Inc
- Merck & Co, Inc
- Mercury Therapeutics, Inc.
- Merrimack Pharmaceuticals, Inc

Metabasis Therapeutics, Inc
Metabolex, Inc
Metabolix, Inc
MetaMorphix, Inc
MetaPhore Pharmaceuticals, Inc
Metrigen, Inc
Metro Denver Economic Development Corp
MGI Pharma, Inc
MichBIO
Michigan Biotechnology Institute
Michigan Economic Development
  Corporation
Michigan State University,
  Department of Chemical Engineering
Microbia, Inc
Microchip Biotechnologies, Inc
MicroIslet, Inc
Micromet, AG
Microstein, LLC
Micro-Virology Laboratories, Inc
Miikana Therapeutics, Inc
Millennium Pharmaceuticals, Inc
Minnesota Partnership for
  Biotechnology and Medical Genomics
Mintz, Levin, Cohn, Ferris, Glovsky
  & Popeo, PC
Missouri Biotechnology Association
Momenta Pharmaceuticals, Inc
Monsanto Company
Montana BioScience Alliance
Montgomery College Business, Science,
  Mathematics & Technology Division
Morgan, Lewis & Bockius, LLP
Morgenthaler Ventures
Morphotek, Inc
Morrison & Foerster, LLP
Mosaigen, Inc
MPM Capital, LLP
Multicell Technologies, Inc
Myogen, Inc
Nabi Biopharmaceuticals
Najeti, SL A83350199
NanoCor Therapeutics, Inc
Nanodisc, Inc
Nanopharma Corporation
Nanospectra Biosciences, Inc

Nanosphere, Inc
Napo Pharmaceuticals, Inc
Nartest Technologies, LLC
NascaCell IP, GmbH
Nascent Pharmaceuticals, Inc
Nastech Pharmaceutical Company, Inc
National Association of Managed Care
  Physicians
National Defense University
National Institute of Standards &
  Technology (NIST)
National Research Council Canada
Nektar Therapeutics, Inc
NeoPharm, Inc
Neoprobe Corporation
NeoRx Corporation
Neose Technologies, Inc
NephroGenex, Inc
Netherlands Foreign Investment Agency
Neugenesis Corporation
Neuraxo Biotec, GmbH
Neurobiological Technologies, Inc
Neurochem, Inc
Neurocrine Biosciences, Inc
NeuroGeneration, Inc
Neuromed Technologies, Inc
Neuronyx, Inc
Neurosciences Victoria, Ltd
NeuroSystec Corporation
Neurotech USA, Inc
New Hampshire Biotechnology Center
New Hampshire Biotechnology Council
New Mexico Biotechnology & Biomedical
  Association
New York Biotechnology Association
Newron Pharmaceuticals, SpA
NexGenix Pharmaceuticals, LLC
NexMed, Inc
Nextran, Inc
NIABA, Netherlands Biotechnology
  Industry Organization
Nidus Center for Scientific Enterprise
Nitrate Elimination Co, Inc
NitroMed, Inc
Nixon Peabody, LLP
Nobex Corporation

North Carolina Biosciences Organization
North Carolina Biotechnology Center
North Carolina Department of Commerce
Northampton Community College
Northwestern University Center for Biotechnology
Norwegian Bioindustry Association
Nova Scotia BioIndustries Team
NovaCal Pharmaceuticals, Inc
Novacea, Inc
Novartis International AG
Novartis International, Inc
Novavax, Inc
Novelix Pharmaceuticals
Novo Nordisk
novosom AG
Novozymes North America, Inc
Novozymes, A/S
Novozymes, Inc
NPS Pharmaceuticals, Inc
Nucleonics, Inc
NuPathe Inc
Nura, Inc
Nuvelo, Inc
OADI Technology Center, University of Alabama at Birmingham
ODC Therapy, Inc
Odyssey Thera, Inc
Ohio University, Edison Biotechnology Institute
Oklahoma Department Of Commerce
Omeris, Inc
Omni Genetics, Inc
Oncolytics Biotech, Inc
OncoMed Pharmaceuticals, Inc
Onconova Therapeutics, Inc
Ontario Agri-Food Technologies
Ontario Genomics Institute
Onyx Pharmaceuticals, Inc
Oragenics, Inc
Oregon Biosciences Association
Orexigen Therapeutics, Inc
Orion Genomics, LLC
Ortho Biotech, Inc
Oscient Pharmaceuticals Corporation
Osel, Inc
OSI Pharmaceuticals, Inc
Osprey Biotechnics, Inc
Osteologix, Inc
Othera Pharmaceuticals, Inc
Ottawa Life Sciences Council
Ovation Pharmaceuticals, Inc
Oxford BioMedica plc
Oxford Finance Corporation
Oxxon Therapeutics, Ltd
OxyBand Technologies, Inc
Pacific Health Research Institute
Palatin Technologies, Inc
Palmer & Dodge, LLP
Palmetto Biotechnology Alliance
Palmetto Economic Development Corporation
Panacos Pharmaceuticals, Inc
ParinGenix, Inc
Parker H. Petit Institute for Bioengineering & Bioscience
PARTEQ Innovations
Partners Healthcare Systems
Paul Capital Partners
PBL Therapeutics, Inc
Pennsylvania Bio
Pennsylvania Department of Community & Economic Development
Pennsylvania State University, Industrial Research Office
Pepgen Corporation
Peplin Limited
Pepper Hamilton LLP
Peptimmune, Inc
Performance Plants, Inc
PeriCor Therapeutics, Inc
Perlegen Sciences, Inc
Perseus-Soros Biopharmaceutical Fund, LP
Pfizer, Inc
Pharmacopeia Drug Discovery, Inc
PharmAthene, Inc
PharmaVentures, Ltd
Pharmos Corporation
Phase Bioscience, Inc
Phenomix Corporation
PHP Environmental Consulting
Phylogica Ltd
PhyNexus, Inc

Pillsbury Winthrop Shaw Pittman LLP
Pioneer Hi-Bred International, Inc
Pittsburgh Life Sciences Greenhouse
Plasma Protein Therapeutics Association
Plexxikon, Inc
PLx Pharma, Inc
Point Therapeutics, Inc
Polygenetics, Inc
POSCO BioVentures
Powell Goldstein, LLP
PPD Discovery, Inc
PPD, Inc
Predicant Biosciences, Inc
Prediction Sciences, Inc
PricewaterhouseCoopers, LLP
Prima BioMed Pty, Ltd
Procyon BioPharma, Inc
Profectus BioSciences, Inc
Progenra, Inc
ProMetic Life Sciences Inc
ProPharma International Partners, Inc
Pro-Pharmaceuticals, Inc
Protein Design Labs, Inc
Protein Sciences Corporation
Proteolix, Inc
ProteomTech, Inc
Protez Pharmaceuticals, Inc
Provid Pharmaceuticals, Inc
Psychiatric Genomics, Inc.
PTC Therapeutics, Inc
Puresyn, Inc
PureVision Technology, Inc
QLT, Inc
QRxPharma, Inc
Quaker BioVentures
QuatRx Pharmaceuticals, Inc
Queensland Clinical Trials Network Inc
Queensland Government Office, Americas
R.W. Johnson Pharmaceutical Research
Radford Surveys & Consulting
Raven Biotechnologies, Inc.
ReaMetrix, Inc
Reata Pharmaceuticals, Inc
Red River College
Regado Biosciences, Inc
Regeneron Pharmaceuticals, Inc
RegeneRx Biopharmaceuticals, Inc
Regenesis Bioremediation Products
RenaMed Biologics, Inc
Renovis, Inc
REPLICor, Inc
Replidyne, Inc
RepliGen Corporation
ReqMed Company, Ltd
ReqMed Research, Inc
Research Triangle Foundation of North Carolina
Resverlogix Corporation
RetinaPharma Technologies, Inc.
Revance Therapeutics, Inc
Revivicor, Inc
RheoGene, Inc
Ribonomics, Inc
Rigel Pharmaceuticals, Inc
Riley Genomics, Inc
Rinat Neuroscience Corporation
Robarts Research Institute
Rockefeller University, Office of Technology Transfer
Rohm & Haas Company
Rondaxe Pharma, LLC
Ropes & Gray, LLP
Rosemont Phamaceuticals, Ltd
Royalty Pharma Management, LLC
RTI International
Rutgers Business School, Biotech Commercialization Center
Rutgers University Waksman Institute
Ruxton Pharmaceuticals, Inc
RxKinetix, Inc
Saegis Pharmaceuticals, Inc
Sagres Discovery, Inc
Salvia Sciences
Samaritan Pharmaceuticals, Inc.
San Diego State University Foundation Technology Transfer Office
Sangamo BioSciences, Inc
SangStat
sanofi-aventis Pharmaceuticals, Inc
Sanofi-Aventis, SA
Saoirse Corporation
Saronyx, Inc

Savient Pharmaceuticals, Inc
Schering-Plough Corporation
Schwegman, Lundberg, Woessner & Kluth PA
Science Center
Science Park Raf, SpA
Scientific Due Diligence, Inc
SciGen, Ltd
Scios, Inc
Seaflower Ventures
Seattle Genetics, Inc
Seed IP Law Group
SemBioSys Genetics, Inc
Senniger Powers
Sequenom, Inc
Sequoia Pharmaceuticals, Inc
Serenex, Inc
Serologicals Corporation
Serono International, SA
Serono, Inc
SGX Pharmaceuticals, Inc
Shapoorji Pallonji Biotech Park Pvt, Ltd
Shearman & Sterling LLP
Shreya Biotech Pvt, Ltd
SIGA Technologies, Inc
Silicon Valley Scientific, Inc
Singapore Economic Development Board
Sirna Therapeutics, Inc
Sirtris Pharmaceuticals, Inc
Society for Moleculture
Solstice Neurosciences, Inc
Solubest, Ltd
SomaGenics, Inc
Somaxon Pharmaceuticals, Inc
Sosei Co. Ltd
Sound Pharmaceuticals, Inc
South Carolina Biotechnology Incubation Program
South Carolina Department of Commerce
South Dakota Corn Utilization Council
Southern California Biomedical Council
Southwest Michigan Innovation Center
Southwest Missouri State University Cell & Molecular Biology Program
Spaulding & Slye Colliers, LLP
Spectrum Pharmaceuticals, Inc
SR One Venture Investments, LLC
SRI International
St. Jude Children's Research Hospital
St. Louis Community College at Florissant Valley
St. Louis Regional Chamber & Growth Association
Stanford University, School of Medicine Career Center
Stem Cell Therapeutics Corporation
Sterne, Kessler, Goldstein & Fox, PLLC
Stony Brook University, Center for Biotechnology
Strathkirn, Inc
StressGen Biotechnologies Corporation
SunBioChem, Inc
Sunesis Pharmaceuticals, Inc
SuperGen, Inc
Surface Logix, Inc
Sutherland Consulting, Inc
SwedenBIO
Swedish Trade Council
Swiss Biotech Association
Symphogen, A/S
Synexa Life Sciences
Syngenta Biotechnology
Syngenta Corporation
Syngenta Seeds, Inc
Syntonix Pharmaceuticals, Inc
Taiwan Bio Industry Organization
Tanox, Inc
Tapestry Pharmaceuticals, Inc
Targa Therapeutics Corporation
Targacept, Inc
Target Discovery, Inc
Targeted Diagnostics & Therapeutics, Inc
Targeted Genetics Corporation
TeamCalifornia
Technip BioPharm, Inc
Technologiepark Heidelberg, GmbH
Technology Council of Maryland
Technology Foundation BioMed
Technology Park Malaysia
Technology Sciences Group, Inc
Technology Vision Group, LLC
Telik, Inc
Tennessee Biotechnology Association

Teranode Corporation
Tercica, Inc
Tethys Bioscience, Inc
Texas A&M University, Technology Licensing Office
Texas Healthcare & Bioscience Institute
The Agency
The Biotechnology Institute
The Children's Hospital of Philadelphia
The GI Company, Inc
The Henry M. Jackson Foundation for the Advancement of Military Medicine, Inc
The Immune Response Corporation
The Institute for Genomic Research (TIGR)
The Jackson Laboratory
The Johns Hopkins University
The Ruth Group
The Scotts Company
The University of Chicago
The University of Texas Medical Branch at Galveston
The Wistar Institute
Theranos, Inc
TheraQuest Biosciences, LLC
Theratechnologies, Inc
Theravance, Inc
Therion Biologics Corporation
Threshold Pharmaceuticals, Inc
TissueGene, Inc
Titan Pharmaceuticals, Inc
Tm Bioscience Corporation
TolerRx, Inc
Toronto Biotechnology Initative
TorreyPines Therapeutics, Inc
Toucan Capital Corporation
Townsend and Townsend and Crew, LLP
Trans Ova Genetics, Inc
Transave, Inc
Transition Therapeutics, Inc
TransMolecular, Inc
Transport Pharmaceuticals, Inc
TransTech Pharma, Inc
Tranzyme, Inc
Trellis Bioscience, Inc
Triangle Pharmaceuticals, Inc
Trigen, Ltd
Trillium Therapeutics, Inc
Trine Pharmaceuticals, Inc
Trinity Biosystems, Inc
Tripos, Inc
Trophogen, Inc
Tufts University School of Veterinary Medicine
Tunnell Consulting
Turner Pharmaceutical Group
U.S. Army Medical Research & Materiel Command
UBIFrance
UCB Bioproducts, Inc
UCB Pharma SA
UCB Pharma, Inc
University of Arizona, Office of Economic Development
University of Arkansas, Medical Sciences
University of California, Los Angeles
University of California, Oakland, Office of Technology Transfer
University of California, San Diego, Extension Bioscience
University of California, San Francisco
University of Delaware
University of Florida, Biotechnology Center
University of Illinois at Chicago
University of Illinois at Urbana-Champaign, College of ACES
University of Kentucky, Advanced Science & Technology Commercialization Center
University of Louisville, Office of Technology Transfer
University of Manitoba
University of Maryland Biotechnology Institute
University of Maryland, Baltimore
University of Maryland, Baltimore County, Continuing Education Division
University of Miami, Office of Technology Transfer
University of Michigan
University of Minnesota Biotechnology Institute
University of Missouri, Office of Technology & Special Projects

University of Nebraska Medical Center
University of Nebraska, Lincoln
University of North Texas, Health Science Center
University of Pennsylvania Center for Technology Transfer
University of Rochester
University of Texas at Houston Institute of Biotechnology
University of Texas at San Antonio, College of Sciences
University of Texas, MD Anderson Cancer Center
University of Texas, Southwestern Medical Center
University of Washington
University of Washington, Department of Medicine
University of Wisconsin, Madison Corporate Relations
University of Wyoming
University Technology Park
Urigen
US Pharmacopeia
USF Research Foundation, Division of Patents & Licensing
Utah Life Science Association
Utah State University Biotechnology Center
Vaccinex, Inc
Valentis, Inc
Valeo Medical, Inc
Vanda Pharmaceuticals Inc
Vasogen, Inc
VasoGenix Pharmaceuticals, Inc
VaxGen, Inc
Venable, LLP
Ventaira Pharmaceuticals, Inc
Verdia, Inc
Vertex Pharmaceuticals, Inc
ViaGen, Inc
Vical, Inc
Vicuron Pharmaceuticals, Inc
Vinchem, Inc
VioQuest Pharmaceuticals, Inc
Viragen, Inc
Viral Genetics, Inc
Virax Holdings, Ltd
Virginia Bioinformatics Institute
Virginia Biotechnology Association
Virginia Biotechnology Research Park
Virginia Tech Intellectual Properties, Inc
Vitra Bioscience, Inc
VizX Labs, LLC
Vox Medica, Inc
Vulcan, Inc
Wake Forest University, Office of Technology Asset Management
Washington Biotechnology & Biomedical Association
Washington State University, Center for Integrated Biotechno
WavBank, Inc
West Coast Biologicals, Inc
West Holland Foreign Investment Agency
West Michigan Science & Technology Initiative
Western Research Institute
Wex Pharmaceuticals, Inc
Wilex, AG
William Gallagher Associates
Wilmer Cutler Pickering Hale and Dorr LLP
Wilson, Sonsini, Goodrich & Rosati
Wilson, Sonsini, Goodrich & Rosati, LLP
Wisconsin Biotechnology & Medical Device Association
Wolters Kluwer Health, Pharma Solutions
Wood Mackenzie Ltd.
Woodcock Washburn, LLP
Woodruff-Sawyer & Company
Wulff Capital
Wyeth Pharmaceuticals, Inc
Xanthus Life Sciences, Inc
Xcellerex, Inc
Xcyte Therapies, Inc
XDx, Inc
Xencor, Inc
Xenogen Corporation
XenoPort, Inc
Xgene Corporation
XOMA, Ltd
Xsira Pharmaceuticals, Inc
Xtent, Inc

```
```
Case 1:05-cv-02106-RJL    Document 3    Filed 10/27/2005    Page 16 of 16

XTL Biopharmaceuticals, Ltd
Yale University, Office of Cooperative Research
Yeda Research & Development Co, Ltd
Yissum Tech
YM BioSciences Inc.
YODAN Biotech
York University
Yorktown Technologies, LP
Y's Therapeutics, Co, Ltd

Y'S Therapeutics, Inc
Zapaq, Inc
ZellerX Corp
Zelos Therapeutics, Inc
Zengen, Inc
Ziopharm, Inc
Zygogen, LLC
ZymoGenetics, Inc
Zystor Therapeutics, Inc

These representations are made in order that judges of this court may determine the need for recusal.

Dated: October 2⁂, 2005

Respectfully submitted,

*/s/ Daniel E. Troy*

Daniel E. Troy (D.C. Bar No. 442537)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

Attorneys for Plaintiff
BIOTECHNOLOGY INDUSTRY ORGANIZATION
16