AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Biotechnology Industry Organization

**SUMMONS IN A CIVIL CASE**

V.

THE DISTRICT OF COLUMBIA, ANTHONY WILLIAMS,
in his official capacity as Mayor of the District of Columbia, OFFICE OF
THE ATTORNEY GENERAL OF THE DISTRICT OF COLUMBIA, and
ROBERT J. SPAGNOLETTI,
in his official capacity as the Attorney General of the District of Columbia

CASE NUMBER 1:05CV02106

JUDGE: Richard J. Leon

DECK TYPE: TRO/Preliminary Injunction

DATE STAMP: 10/27/2005

TO: (Name and address of Defendant)

Mayor Anthony Williams
Served on:
Mayor Anthony Williams
Office of the Mayor
1350 Pennsylvania Ave, NW, Suite 600
Washington, DC 20004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel E. Troy
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         OCT 27 2005
CLERK                               DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ * | DATE<br>October 27, 2005 at 4:30 pm |
| NAME OF SERVER *(PRINT)*  Daniel Portnoy | TITLE<br>Private Process Server |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

G  Other (specify): By serving Tabitha Braxton, Staff Assistant, authorized to accept. Service was completed at the Office of the Mayor, 1350 Pennsylvania Avenue, NW, Suite 600, Washington, DC 20004.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   10-28-05
                *Date*

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

*Address of Server*

\*  Notice of Designation of Related Civil Cases Pending In This Or Any Other United States Court; Certificate Required By LCvR7.1 of the Local Rules of The United States District Court for the District of Columbia

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.