AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Biotechnology Industry Organization )
              Plaintiff(s) )   **APPEARANCE**
                    )
              vs. )   CASE NUMBER 1:05-cv-02106-RJL
District of Columbia, et al. )
              Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Michael D. Warden__ as counsel in this
                                       (Attorney's Name)

case for: __Biotechnology Industry Organization__
                 (Name of party or parties)

November 4, 2005
Date

*(Signature)*
Signature

Michael D. Warden
Print Name

419449
BAR IDENTIFICATION

1501 K St. NW
Address

Washington, DC 20005
City    State    Zip Code

202-736-8000
Phone Number

mwarden@sidley.com