UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 8 - 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Case No. 05-2015 (RJL) |
| BIOTECHNOLOGY INDUSTRY ORGANIZATION,<br><br>Plaintiff,<br><br>v.<br><br>THE DISTRICT OF COLUMBIA, et al.,<br><br>Defendants. | Civil Case No. 05-2106 (RJL) |

### ORDER

Pursuant to Federal Rule of Civil Procedure 42(a), the Court finds that these actions concern common questions of fact and law. Accordingly, it is this 4th day of November, 2005,

**ORDERED** that *Biotechnology Industry Organization v. The District of Columbia, et al.*, No. 05-cv-2106 be consolidated into the first-filed action,



*Pharmaceutical Research and Manufacturers of America v. The District of Columbia, et al.,* No. 05-cv-2015, for all purposes through final judgment, including the pending motions for preliminary injunction, it is further

**ORDERED** that all future filings be filed in the first-filed action.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge