UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
PHARMACEUTICAL RESEARCH AND        )
MANUFACTURERS OF AMERICA,             )
                                                    )
                    Plaintiff,                      )
                                                    )
            v.                                      )        Civil Action No. 05-2015 (RJL)
                                                    )
THE DISTRICT OF COLUMBIA, *et al.*,    )
                                                    )
                    Defendants.                    )
_____)
                                                    )
BIOTECHNOLOGY INDUSTRY                  )
ORGANIZATION,                               )
                                                    )
                    Plaintiff,                      )
                                                    )
            v.                                      )        Civil Action No. 05-2106 (RJL)
                                                    )
THE DISTRICT OF COLUMBIA, *et al.*,    )
                                                    )
                    Defendants.                    )
_____)

## JOINT STATUS REPORT

        Pursuant to the Court's instructions at the November 23, 2005 hearing, Plaintiffs and

Defendants hereby jointly file this Status Report, as they are in agreement as to the apparent

status of the congressional layover period for the legislation at issue in the above-captioned

litigation.

        The House of Representatives is scheduled to meet today, thus, pursuant to section

602(c)(1) of the Home Rule Act, the 28th day of the layover period will be tomorrow, December

7, 2005, and the 30th day will be Friday, December 9, 2005.

If Congress fails to act before then, the "Prescription Drug Excessive Pricing Act of 2005" will become effective on Saturday, December 10, 2005.

The parties will alert the Court if the above information changes materially.


Dated: December 6, 2005                Respectfully submitted,

                                       ROBERT J. SPAGNOLETTI
                                       Attorney General, D.C.

                                       GEORGE C. VALENTINE
                                       Deputy Attorney General, D.C.
                                       Civil Litigation Division

                                          /s/ Robert Utiger
                                       ROBERT UTIGER, D.C. Bar No. 437130
                                       Senior Assistant Attorney General
                                       Civil Litigation Division
                                       Office of the Attorney General for the District of Columbia
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 724-6532
                                       Facsimile: (202) 727-3625
                                       robert.utiger@dc.gov

                                          /s/ Richard S. Love
                                       RICHARD S. LOVE, D.C. Bar No. 340455
                                       Chief, Equity I
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 724-6635
                                       Facsimile: (202) 727-0431
                                       richard.love@dc.gov

                                       /s/ Andrew J. Saindon
                                       ANDREW J. SAINDON, D.C. Bar No. 456987
                                       Assistant Attorney General
                                       441 Fourth Street, N.W., 6th Floor South
                                       Washington, D.C. 20001
                                       Telephone: (202) 724-6643
                                       Facsimile: (202) 727-0431
                                       andy.saindon@dc.gov

                                       *Counsel for Defendants*

  /s/ David W. Ogden
David W. Ogden (D.C. Bar No. 375951)
Randolph D. Moss (D.C. Bar No.417749)
Jonathan J. Frankel (D.C. Bar No. 450109)
WILMER CUTLER PICKERING HALE AND DORR LLP
2445 M Street, N.W.
Washington, D.C.  20037-1420
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Plaintiff Pharmaceutical Research and Manufacturers of America*


  /s/ Daniel E. Troy
Daniel E. Troy (D.C. Bar No. 442537)
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000
(202) 736-8711 (fax)

*Counsel for Plaintiff Biotechnology Industry Organization*