UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 05-2015 (RJL) |
| THE DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

|  |  |  |
|---|---|---|
| BIOTECHNOLOGY INDUSTRY ORGANIZATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Case No. 05-2106 (RJL) |
| THE DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) ) | |

## ORDER

In order to insure that the 30-day congressional review period, as provided in section 602(c)(1) of the District of Columbia Home Rule Act, has actually lapsed and that Congress during that period did not amend or overturn the District of Columbia's Prescription Drug Excessive Pricing Act of 2005 ("the Act"), it is this 12th day of December, 2005,

**ORDERED** that the parties, either individually or jointly, submit in writing to this Court no later than the close of business on December 14, 2005, a definitive statement as to: (1) when the thirtieth legislative day of congressional review actually occurred; (2) what if any action Congress took during that period as to the Act; and (3) each parties' position as to when the Act will actually go into effect.

**SO ORDERED.**

/s/
RICHARD J. LEON
United States District Judge