IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,<br>     Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>     Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 05-2015 (RJL)<br>)<br>)<br>) |
| BIOTECHNOLOGY INDUSTRY ORGANIZATION,<br>     Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA, et al.,<br>     Defendants. | )<br>)<br>)<br>)<br>) Civ. No. 05-2106 (RJL)<br>)<br>)<br>) |

## NOTICE OF APPEAL

Defendants hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Final Judgment (Docket Entry 30) filed on December 22, 2005, which, *inter alia*, enjoins defendants from enforcing D.C. Act 16-171 for the reasons set forth in the Memorandum Opinion (Docket Entry 29) filed on the same day, and from any and all orders merged therein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General

EDWARD E. SCHWAB (D.C. Bar No. 100503)
Deputy Attorney General
Appellate Division

RECEIVED
JAN 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Office of the Attorney General
  for the District of Columbia
One Judiciary Square -- Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
Tel. Nos. (202) 724-5692/727-6252

Serve: David William Ogden, Esquire
       Jonathan J. Frankel, Esquire
       Randolph D. Moss, Esquire
       WILMER CUTLER PICKERING HALE & DORR
       2445 M Street N.W.
       Washington, D.C. 20037

       Daniel E. Troy, Esquire
       SIDLEY AUSTIN BROWN & WOOD
       1501 K Street, N.W.
       Washington, D.C. 20005

January 20, 2006