*UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT*

August 1, 2007

**E R R A T A**

**Appeal No. 2006-1593**

**BIOTECH IND V DISTRICT OF COLUMBIA**

Decided:  August 1, 2007                    Precedential Opinion

Please correct the following:

- page 18, line 9, replace "**market power**" with: --**exclusionary power**-- and

- page 18, lines 12-13, make the same replacement.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

BY: *Valerie O'Hara*   Date: 11/6/07